```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

JAMES GOODWIN                                              PLAINTIFF

    v.                    No. 04-2158

DEPUTY SCHUCHS and
DEPUTY RESTINE                                             DEFENDANTS

## **ORDER**

Now on this 24th day of January 2006, there comes on for consideration the report and recommendation filed herein on January 3, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27). The parties have filed no objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 17) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge